ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　:

　　　　-against-　　　　　　　　　　　:　　05 Cr. 824 (CLB)(LMS)

KENNETH MILLER,　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated October 17, 2005, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: October 24, 2005
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Charles L. Brieant
　　　　　　　　　　　　　　　　　United States District Judge

ORIGINAL